UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STERLING EQUIPMENT, INC. | ) | Case No: 1:16-CV-11594 RGS |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| WENDY GIBSON and | ) |  |
| JOHN DOE Nos. 1-20 | ) |  |
| Defendants | ) |  |

**AFFIDAVIT OF LAUREN THOMAS IN SUPPORT OF DEFENDANT WENDY GIBSON'S OPPOSITION TO STERLING EQUIPMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Lauren Thomas, Esq. do hereby depose and state as follows:

1. I am an attorney in good standing licensed to practice law in the Commonwealth of Massachusetts.

2. I am the principal of the Lauren Thomas Law Firm located at 220 Commercial Street, Suite #9, Boston, MA 02109.

3. This affidavit is based on my own personal knowledge of the authenticity of the deposition transcripts appended hereto and referenced throughout the filings.

4. Exhibit A are true and accurate copies of the cited portions of and exhibits to the deposition transcript of defendant Wendy Gibson which deposition was taken on June 2, 2017.

5. Exhibit B are true and accurate copies of the cited portions of the deposition transcript of Robert Mark DeCrescenzo which deposition was taken on June 7, 2017.

6. Exhibit C are true and accurate copies of the cited portions of the deposition transcript of Andrew Goldberg which deposition was taken on June 8, 2017.

7. Exhibit D are true and accurate copies of the cited portions of the deposition transcript of Deanna Trott which deposition was taken on March 30, 2017.

Signed under the pains and penalties of perjury this 21st day of September 2017.

/s/*Lauren Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, I electronically filed the above motion and related documents by using the CM/ECF system which will send notification of such filing(s) to all registered participants.

*Is/Lauren Thomas*
Lauren Thomas