UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING EQUIPMENT, INC. )<br>Plaintiff )<br> )<br>v. )<br> )<br>WENDY GIBSON and )<br>JOHN DOE Nos. 1-20 )<br>Defendants ) | Case No: 1:16-CV-11594 RGS |

**AFFIDAVIT OF WENDY GIBSON**

I, Wendy Gibson, do hereby depose and state as follows:

1. My true name is Wendy Gibson.

2. I am the named defendant in this action.

3. During the course of this litigation I was asked to provide a large amount of documents.

4. To the best of my knowledge all of the records in my possession that are responsive to SEI's requests have been provided.

5. I sat for a deposition on June 2, 2017 in this action.

6. During that deposition I was asked to recall and explain a number of financial transactions, some of which I could not recall. I had not been asked previously to explain any of these transactions.

7. Upon completion of my deposition, I returned home and began to scrutinize these transactions.

8. I also reviewed the transactions listed in Exhibit 3 of SEI's Motion for Summary

Judgement.

9. I discussed these transactions with my husband Peter Gibson.

10. Between the two of us we were able to determine the following with respect to the transactions listed in Exhibit 3 of the Plaintiff's Motion for Summary Judgment:

| | | | |
|---|---|---|---|
| a. | 12/17/2015 | $17,820.00 | This is a personal loan through the Bank. |
| b. | 4/10/2017 | $24,000.00 | This is a personal loan through the Bank. |
| c. | 4/30/2015 | $7,936.07 | These monies are from when I closed my Boston bank account to move to Louisiana |
| d. | 7/1/2015 | $12,000.00 | A credit card advance |
| e. | 9/11/2015 | $1,100.00 | Peter's vacation check deposited as cash |
| f. | 10/13/2015 | $3,800.00 | Peter's check deposited as cash |
| g. | 6/2/2016 | $1,500.00 | Peter's vacation check deposited as cash |
| h. | 6/20/2016 | $4,500.00 | A credit card advance |
| i. | 11/14/2016 | $1,150.00 | Peter's vacation check deposited as cash |
| j. | 5/15/2017 | $2,000.00 | Peter's vacation check deposited as cash |

11. I was also asked about a number of motor vehicles.

12. Peter is the one who mainly took the lead on purchasing the cars.

13. Peter put used a credit card to put a down payment on the Cadillac that was purchased in late 2015.

14. The 2015 GMC Sierra and the 2017 Ford 350 were each fully financed through loans. We did not put any money down on these vehicles.

Signed this 21st day of August 2017 under the pains and penalties of perjury.

_Wendy Gibson_
Wendy Gibson