# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

# CIVIL ACTION NO. 16-11594-RGS

# STERLING EQUIPMENT COMPANY

v.

# WENDY GIBSON

### JURY VERDICT

### COUNT I (Conversion)

Q.1 Has Sterling Equipment proven by a preponderance of the credible evidence that Wendy Gibson converted property belonging to Sterling, or that she aided and abetted such a conversion?

A.2     Yes   _8_

        No   _0_

If the Answer is "No," please proceed to Q.3. If the answer is "Yes," please answer Q.2.

Q.2 What amount of money does the jury award Sterling Equipment as reasonable compensation for the damages it incurred because of Wendy Gibson's acts of conversion?

A.2 $ _198,000_
           (amount in figures)

_One-hundred, ninety-eight thousand dollars._
           (amount in words)

Please answer Q.3.

# COUNT II (Breach of Fiduciary Duties)

Q.3  Has Sterling Equipment proven by a preponderance of the credible evidence that Wendy Gibson breached a fiduciary duty that she owed Sterling as its controller?

A.3    Yes___8___

       No____0___

If the Answer is "No," you have reached a verdict. If the answer is "Yes," please answer Q.4.

Q.4  What amount of money does the jury award Sterling Equipment as reasonable compensation for the damages it incurred because of Wendy Gibson's breach of her fiduciary duty?

A.4    $ _50,000_____
              (amount in figures)

       _Fifty-thousand dollars_____
              (amount in words)

I certify that the foregoing answers are the unanimous answers of the jury.

_____
                Foreperson

Dated: __January 3, 2018__