UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WENDY GIBSON, <br><br> Defendant. | C.A. No. 1:16-CV-11594-RGS |

JUDGMENT ON A JURY VERDICT

January 11, 2018

STEARNS, D.J.

This action was tried by a jury with U.S. District Judge Richard G. Stearns presiding, and the jury has rendered a verdict.

It is ordered that:

Plaintiff Sterling Equipment, Inc. ("Sterling") shall recover from Defendant Wendy Gibson the amount of $198,000 in compensatory damages for the conversion of property belonging to Sterling; the amount of $50,000 in damages for Gibson's breach of fiduciary duty; $42,234.74 in pre-judgment interest, which is calculated at a rate of 12% per annum, Mass. Gen, Laws ch. 231, § 6B, from August 4, 2016 through January 3, 2018 for a total judgment of **$290,234.74.** Post-judgment interest is awarded at a rate of 1.82 % per annum, 28 U.S.C. § 1961.

IT IS SO ORDERED.

*/s/ Richard G. Stearns*

Hon. Richard G. Stearns
United States District Judge