

**FILED IN CLERKS OFFICE**
**2018 MAR 26 PM 1:28**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

March 20, 2018

United States District Court
District of Massachusetts
Attn: Clerk of the Court
1 Courthouse Way
Boston, MA 02210

Regarding reference number: P032018000063
Case name: Sterling Equipment Inc vs Wendy Gibson
Case number: 1:16-CV-11594-RGS
Customer name: Wendy Gibson

Enclosed is the Trustee's Answer with respect to the above mentioned action. Please file on our behalf.

### Questions?

If you have any questions, please call us at 213.580.0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

cc: PIERCE ATWOOD LLP
    100 Summer St, Ste 2250
    BOSTON, MA 02110

Form 00-65-5350NSBW W623 V. 12-2015

State of Massachusetts
United States District Court
,ss

*FILED IN CLERKS OFFICE*
*2018 MAR 26 PM 1: 28*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Civil Action: 1:16-CV-11594-RGS

Sterling Equipment Inc
Plaintiff(s)

                              Answer of Trustee/Garnishee
                              Bank of America, N.A.

Versus

Wendy Gibson
Defendant(s)

and

Bank of America, N.A.

And now on behalf of Bank of America, N.A., a National Banking Association summoned as trustee/garnishee of the defendant(s) in the above-entitled action, appears Michael DelVecchio, authorized official, who makes an answer that at the time of service, 03/19/2018, of the plaintiff's writ upon it, Bank of America is holding $0.00 in the name of Wendy Gibson.

No funds available.

Signed under penalty of perjury,

Bank of America, N.A., Trustee/Garnishee

By: _____    Date: 3/24/18

Michael DelVecchio
Legal Order Processing
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850
213-580-0702

Form 00-65-7958NSBW V. 05/19/2016