FILED
IN CLERKS OFFICE

2018 APR -5 PM 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.



**CHASE** ◘
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022



UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
BOSTON, MA 02210

**RE: STERLING EQUIPMENT INC v. WENDY GIBSON, WENDY GIBSON Case No.: 116CV11594RGS, UNITED STATES DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your Summons and Notice against the following debtor(s): WENDY GIBSON, WENDY GIBSON

Memo: - STATUTORY EXEMPTION.

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Summons and Notice. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

I declare under penalty of perjury that the statements above are true to the best of my information, knowledge, and belief.

ERIC W JOHNSON
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Date: __3/28/18__

COAL-20Mar18-2491
SD_SwornDocumentExecution_000135600102
A37

Page 1 of 1